UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18-cr-737 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANTHONY J. WEST, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Kathleen B. Burke's Report and Recommendation that the Court ACCEPT Defendant Anthony J. West's ("Defendant") plea of guilty and enter a finding of guilty against Defendant. (Doc. No. 35.)

On December 12, 2018, the government filed an Indictment against Defendant. (Doc. No. 1.) On January 8, 2019, the government filed a Superseding Indictment against Defendant. (Doc. No. 12.) On August 16, 2019, this Court issued an order assigning this case to Magistrate Judge Burke for the purpose of receiving Defendant's guilty plea. (Doc. No. 33.)

On August 20, 2019, a hearing was held in which Defendant entered a plea of guilty to Counts 1 and 2 of the Superseding Indictment, charging him with Possession of a Controlled Substance with the Intent to Distribute, in violation of 21 U.S.C. Section 841(a)(1). Magistrate Judge Burke received Defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a

finding of guilty. (Doc. No. 35.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the Defendant's plea of guilty is APPROVED.

Therefore, the Defendant is adjudged guilty of Counts 1 and 2 of the Superseding Indictment in violation of 21 U.S.C. Section 841(a)(1). The sentencing will be held on December 3, 2019 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: September 10, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**